FILED
12/19/2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ____SL____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>JUAN JOSE CARDENAS-FLORES<br>Defendant | AU:23-CR-00216-RP<br><br>**INDICTMENT**<br><br>[Ct. 1: 21 U.S.C. § 841 – Possession with Intent to Distribute +500 g Methamphetamine] |
|---|---|

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Possession With Intent to Distribute Methamphetamine
### [21 U.S.C. § 841(a)(1)]

Between on or about September 1, 2023, and October 5, 2023, in the Western District of Texas, Defendant,

**JUAN JOSE CARDENAS-FLORES,**

aided and abetted by others known and unknown, did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved more than 500 grams of a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

████████████████████
FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _/s/ Michelle E. Fernald_____
FOR: MARK H. MARSHALL
ASSISTANT UNITED STATES ATTORNEY